**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6867**

CHARLIE BELL BULLOCK,

Plaintiff - Appellant,

v.

DAVID CUFFLEY, Richmond Police Department; RICK EDWARDS, Chief of Police; EDWARD K. NICKEL, Assistant Commonwealth Attorney; JONATHAN O'CONNOR, Public Defender; BRENT ALAN JACKSON, Attorney at Law; COLLETTE WALLACE MCEACHIN, Head Prosecutor; DOCTOR JONATHAN ISAACS, V.C.U. Medical Center; DETECTIVE SGT. RICHARD G. EDWARDS, Richmond City Police Department; JUDGE JOI JETER TAYLOR, Judge in John Marshall Court Building,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00126-JAG-MRC)

Submitted:  February 19, 2026                    Decided:  February 24, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charlie Bell Bullock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Bell Bullock appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim and as legally frivolous and malicious. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii), 1915A(b)(1).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bullock v. Cuffley*, No. 3:25-cv-00126-JAG-MRC (E.D. Va. Sep. 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed some of Bullock's claims without prejudice, the order is final and appealable because the court did not grant Bullock leave to amend. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).